**Electronically Filed
Supreme Court
SCPW-13-0001202
18-JUN-2013
02:28 PM**

SCPW-13-0001202

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BRANDON SAK TACHINO, Petitioner.

vs.

THE HONORABLE PATRICK W. BORDER, Judge of the
First Circuit of the State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 12-1-1445)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

On May 31, 2013, petitioner Brandon Sak Tachino filed a petition for a writ of mandamus. On June 12, 2013, petitioner filed a notice of withdrawal of his petition for a writ of mandamus. Inasmuch as it appears that the petition for a writ of mandamus has been withdrawn,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is dismissed.

DATED: Honolulu, Hawaiʻi, June 18, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

